UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

   Plaintiff,

v.

Case No. 24-cr-20100
Hon. Matthew F. Leitman

DARRELL TILLIS PHILLIPS,

   Defendant.
_____/

## ORDER FINDING DEFENDANT COMPETENT TO STAND TRIAL

For the reasons stated in detail on the record on October 17, 2024, **IT IS HEREBY ORDERED** that Defendant Darrell Tillis Phillips is competent to stand trial.

**IT IS SO ORDERED.**

                                                s/Matthew F. Leitman
                                                MATTHEW F. LEITMAN
                                                UNITED STATES DISTRICT JUDGE

Dated: October 29, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 29, 2024, by electronic means and/or ordinary mail.

                                                s/Holly A. Ryan
                                                Case Manager
                                                (313) 234-5126