UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

Case No. 24-cr-20100

v.

Hon. Matthew F. Leitman

DARRELL TILLIS PHILLIPS,

    Defendant.
_____/

**ORDER DENYING DEFENDANT'S MOTION FOR BOND (ECF No. 32)**

On June 17, 2025, the Court held a hearing on Defendant's Motion for Bond (ECF No. 32). For the reasons explained on the record during that hearing, the motion is **DENIED.**

    **IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: June 17, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 17, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126